IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD and TRANSPORTATION INSURANCE COMPANY<br>*Plaintiffs* | : : : : : : | CIVIL ACTION<br><br>NO. 15-6028 |
| v. | : : | |
| BURNS & SCALO ROOFING COMPANY<br>*Defendant* | : : | |

## ORDER

**AND NOW**, this 26th day of January 2017, upon consideration of the *motion for summary judgment* filed by Plaintiffs National Fire Insurance Company of Hartford and Transportation Insurance Company ("Plaintiffs"), [ECF 33], Defendant Burns & Scalo Roofing Company's opposition thereto, [ECF 35], and Plaintiffs' reply brief, [ECF 42], consistent with the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. Consequently, Plaintiffs have no further duty to defend and/or indemnify Defendant in the underlying law suit identified as *Bremer, et al. v. Burns and Scalo Roofing, Inc.*, Civil Action No. 149004424, Court of Common Pleas of Philadelphia County, Pennsylvania.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*